# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 477 |
| | : | |
| PUBLIC ACCESS POLICY OF THE | : | JUDICIAL ADMINISTRATION |
| UNIFIED JUDICIAL SYSTEM OF | : | |
| PENNSYLVANIA: CASE RECORDS OF | : | DOCKET |
| THE APPELLATE AND TRIAL COURTS | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 6th day of January, 2017, upon the recommendation of the Administrative Office of Pennsylvania Courts, the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* having been published for public comment before adoption at 45 Pa.B. 661 (February 7, 2015):

It is **ORDERED** that:

1) The Policy is approved in the attached form.

2) The Administrative Office of Pennsylvania Courts shall publish the Policy, accompanying *Explanatory Report* and chart entitled *Limits on Public Access to Unified Judicial System Case Records of the Appellate and Trial Courts* on the Unified Judicial System's website.

3) Every court and custodian's office, as defined in the Policy, shall continuously make available for public inspection a copy of the Policy in appropriate physical locations as well as on their website.

4) The continued necessity of existing local rules concerning topics addressed by the Policy shall be reviewed by the President Judge or his or her designee in light of the adoption of the Policy.

5) A local rule deemed necessary by the President Judge or his or her designee, and not inconsistent with the Policy, shall be submitted to the Administrative Office of Pennsylvania Courts for review no later than July 1, 2017.

6) Any local rule governing topics addressed by the Policy that is not reviewed by the Administrative Office of Pennsylvania Courts or adopted in accordance with Pa.R.J.A. No. 103(c) shall be vacated effective January 6, 2018.

This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and the Policy shall be effective January 6, 2018.